# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | ) ) ) | Civil Action No. 17-6803 |
| Plaintiff, | ) ) | |
| v. | ) ) | Magistrate Judge Gilbert |
| LHC OPERATING LLC d/b/a LAKESHORE SPORT AND FITNESS, | ) ) ) | Jury Trial |
| Defendant. | ) ) | |

## JOINT MOTION FOR ENTRY OF CONSENT DECREE

Equal Employment Opportunity Commission ("EEOC") and Defendant LHC Operating LLC d/b/a Lakeshore Sport and Fitness ("LHC") have agreed to the terms of the attached Consent Decree as a final resolution of this litigation and jointly move this Court to enter the Consent Decree, attached hereto, and to sign Exhibit B of the Consent Decree. Counsel for Defendant has read this motion and agrees to its content.

May 8, 2019

Respectfully submitted,

/s/Jeanne B. Szromba
Jeanne Szromba
Jonathan Delanzano
Trial Attorneys
U.S. Equal Employment Opportunity Commission
500 West Madison Street, Suite 2000
Chicago, Illinois 60661
jeanne.szromba@eeoc.gov
312-872-9692